HUGH BOYLE, PLAINTIFF IN ERROR v. ZACHARIE AND
TURNER, DEFENDANTS IN ERROR.

The judges of this court, who were in the minority of the court upon the gene-
ral question as to the constitutionality of state insolvent laws, concurred in the
opinion of Mr Justice Johnson, in the case of Ogden v. Saunders, 12 Wheaton,
213. That opinion is therefore to be deemed the opinion of the other judges,
who assented to that judgment. Whatever principles are established in that
opinion, are to be considered no longer open for controversy, but the settled
law of the court.

ERROR to the circuit court of the district of Maryland.

Before this case came on for argument, Mr Wirt, in behalf
of the plaintiff (the original defendant), inquired of the court,
whether the opinion of Mr Justice Johnson, delivered in the
case of Ogden v. Saunders, 12 Wheat. Rep. 213, was adopted
by the other judges who concurred in the judgment in that
case.

Mr Chief Justice MARSHALL said. The judges who were in
the minority of the court upon the general question as to the
constitutionality of state insolvent laws, concurred in the
opinion of Mr Justice Johnson in the case of Ogden v. Saun-
ders. That opinion is therefore to be deemed the opinion of
the other judges who assented to that judgment. Whatever
principles are established in that opinion, are to be considered
no longer open for controversy, but the settled law of the court.